**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Gerald Hayes v. The State of Texas

Appellate case number:   01-09-00437-CR

Trial court case number:  1198372

Trial court:             351st District Court of Harris County

On July 26, 2012, we abated the above-referenced appeal for the appointment of counsel to represent appellant. A supplemental clerk's record has been filed, reflecting that Franklin Bynum has been appointed. Accordingly, the appeal is **reinstated**.

The record is complete. Appellant's appointed counsel must file a brief **no later than 30 days from the date of this order**.

Because appellant is represented by counsel on appeal, we **strike** appellant's pro se brief and all currently pending pro se motions. A criminal defendant is not entitled to hybrid representation. *Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Marshall v. State*, 210 S.W.3d 618, 620 n.1 (Tex. Crim. App. 2006) (stating that points raised in appellant's pro se brief would not be considered because appellant had no right to hybrid representation); *Thomas v. State*, 312 S.W.3d 732, 737 (Tex. App.—Houston [1st Dist.] 2009, pet. ref'd). Appellant's appointed counsel may re-file any motions he deems appropriate.

It is so **ORDERED**.

Judge's signature: /s/ Justice Radack
                    ☐ Acting individually    ☐ Acting for the Court

Date: November 2, 2012